SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
MARSHALL H. SILVERBERG
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 18 2002

at 3 o'clock and 00 min P .M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 02-00548 SOM |
| Plaintiff, | INDICTMENT |
| vs. | Count 1: 18 U.S.C. §§ 922(k) and 924(a)(1)(B) |
| JOSEPH IGNACIO ANDRES, also known as Ignacio Joseph Andres, | Count 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | Count 3: 18 U.S.C. §§ 922(g)(3) and 924(a)(2) |

INDICTMENT

COUNT 1
(18 U.S.C. §§ 922(k), 924(a)(1)(B))

The Grand Jury charges that:

On or about August 4, 2002, in the District of Hawaii, the defendant JOSEPH IGNACIO ANDRES, also known as Ignacio Joseph Andres, did knowingly possess a firearm, to wit, an O.F. Mossberg & Sons Model 340BA .22 caliber long rifle, which had its manufacturer's serial number removed, and which previously had been shipped in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

### COUNT 2
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury further charges that:

On or about August 4, 2002, in the District of Hawaii, the defendant JOSEPH IGNACIO ANDRES, also known as Ignacio Joseph Andres, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Model 340BA .22 caliber long rifle, manufactured by O.F. Mossberg & Sons in Connecticut.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 3
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about August 4, 2002, in the District of Hawaii, the defendant JOSEPH IGNACIO ANDRES, also known as Ignacio Joseph Andres, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, to wit, methamphetamine, did knowingly possess in and affecting commerce a firearm, to wit, an O.F. Mossberg & Sons Model 340BA .22 caliber long rifle.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: December 18, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. JOSEPH IGNACIO ANDRES,
also known as Ignacio Joseph Andres
Cr. No.         (Indictment)