IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
HONOLULU DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH IGNACIO ANDRES

Case No. 1:02-CR-00548-SOM

# ORDER

This cause is before the Court on Defendant's Motion for Clarification of Sentence. Upon consideration of all matters presented, Defendant's motion for clarification is GRANTED.

To the extent that there may be uncertainty as to the Court's intent at sentencing regarding jail credit to be afforded Defendant, the Court Orders as follows. It was and remains the Court's intent for the Bureau of Prisons to issue credit for time served by Defendant back to the date of his sentencing on March 8, 2004.

**DONE** and **ORDERED** this _____ day of September, 2008.

_____
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT COURT JUDGE