EXH.

# EXHIBIT A

Case 1:02-cr-00548-SOM   Document 42-3   Filed 09/12/2008   Page 1 of 5

```
                  IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF HAWAII


UNITED STATES OF AMERICA,      )  CRIMINAL NO. 02-00548SOM
                               )
            Plaintiff,         )
                               )
     vs.                       )
                               )
JOSEPH IGNACIO ANDRES, aka     )
IGNACIO JOSEPH ANDRES,         )
                               )
            Defendant.         )
_____)


                      TRANSCRIPT OF PROCEEDINGS

        The above-entitled matter came on for hearing on

  Monday, March 8, 2004, at 10:35 a.m., at Honolulu, Hawaii,


  BEFORE:         THE HONORABLE SUSAN OKI MOLLWAY
                  United States District Judge

  REPORTED BY:   STEPHEN B. PLATT, RMR, CRR
                  Official U.S. District Court Reporter

  APPEARANCES:    EDRIC CHING, ESQ.
                  300 Ala Moana Blvd., Suite 6100
                  Honolulu, Hawaii  96813


                                    Attorney for the Government

                  WILLIAM M. DOMINGO, ESQ.
                  300 Ala Moana Blvd., Suite 7102
                  Honolulu, Hawaii  96813
```

3

1  you want to talk to your lawyer about these, and then he can
2  let me know? Why don't we do that. Okay, you can talk to him
3  privately.
4           (Discussion off the record between
5            Mr. Domingo and the defendant.)
6           MR. DOMINGO: Your Honor, he has questions as far as
7  time that he is going to be credited with --
8           THE COURT: Okay.
9           MR. DOMINGO: So that's the only thing that --
10          THE COURT: Okay, that I can tell you. If I give
11 you a prison sentence, then the time that you have been in
12 federal custody will be subtracted from the time that I
13 sentence you to, and what's left is what you have to stay in
14 prison for.
15          MR. DOMINGO: Your Honor, he is here on a writ
16 from --
17          THE COURT: On a writ? Okay, okay. Then what
18 happens is, if you are -- even if you are at the federal
19 detention center, we are "borrowing" you from state court, so
20 you have some state sentence that you still have to finish; is
21 that right?
22          THE DEFENDANT: Yeah.
23          THE COURT: Okay.
24          So the time that you are at the federal detention
25 center will be subtracted from the time on your state

1  sentence. But normally we don't subtract it from time on your
2  federal sentence unless the two crimes are related. Do you
3  understand? So that, if, for example, no time is subtracted
4  before today from your federal sentence because the crimes are
5  not related, then whatever I sentence you to, you start
6  getting credit for that from the time that I sentence you.
7           Let me check with the Probation Officer: Does it
8  run from the date of imposition of sentence or from entry of
9  judgment?
10          MS. EVERSOLE: As far as the credit for
11 pre-sentencing for this defendant, it's a little bit more
12 complicated situation, because he was originally taken into
13 custody on the state side for some charges; some became
14 federal, some stayed state. Those state charges later got
15 dismissed, but he also has pending motions to revoke. So
16 there may be some time in there that he does get credited
17 before the motions to revoke kicked in, but that will all be
18 independently reviewed by the BOP.
19          THE COURT: Okay, but --
20          MS. EVERSOLE: As far as credit for after his
21 sentencing date, once he is sentenced here today, that credit
22 should be given for him being in custody, because usually they
23 hold him on the federal first, and then make him do the state
24 concurrent, because he is still awaiting his motions to
25 revoke, and they are waiting for sentencing on this case.

1          THE COURT: Okay.

2          MS. EVERSOLE: Does that make sense?

3          THE COURT: So you may get some credit for your time
4   in federal prison against your state sentence, but, you know
5   what? That's not normally something that the judge figures
6   out; that's something that the Bureau of Prisons figures out.
7   If I sentence you to prison today, you'll definitely get
8   federal credit for it, and the state judge, if the state judge
9   sentences you to prison for some other thing you did that
10  violated state law or state conditions of your release, then
11  that would be up to the state side to figure out if you got
12  double credit on the state side.
13         So, basically, what I'm telling you is, it's
14  possible you'll get some credit for time before today, but
15  that isn't going to come from me, because judges don't figure
16  out credit.
17         Do you need to talk to your lawyer about this some
18  more?
19         THE DEFENDANT: I understand.
20         THE COURT: Are you okay, then?
21         THE DEFENDANT: Yeah.
22         THE COURT: Okay.
23         So, do you have any objections to the report that
24  you need to bring to my attention?
25         THE DEFENDANT: No.