EXH.

# EXHIBIT B

| STATE OF HAWAI`I<br>CIRCUIT COURT OF THE<br>THIRD CIRCUIT | ORDER OF RESENTENCING<br>REVOCATION OF PROBATION | CASE NUMBER:<br>Cr. No. 96-356 |
|---|---|---|
| STATE OF HAWAI`I VS.(DEFENDANT)<br>**IGNACIO J. ANDRES** | DATE OF HEARING:<br>March 12, 2004 | REPORT NUMBER(S):<br>E-89656/HL |
| Social Security Number: 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<br>SID: A721505<br>DOB: 08-24-1967 | DATE MOTION GRANTED:<br>January 7, 2003 | |
| Defense Counsel: Alika Thoene | | |

**SENTENCE IMPOSED WITH THIS ORDER as to Ct. I: PROMOTING A DANGEROUS DRUG IN THE SECOND DEGREE:**

Defendant is committed to the custody of the Director of Public Safety to serve a term of imprisonment of TEN (10) YEARS with credit for time served of three years, seven months and five days (as of March 12, 2004). Sentence shall be served concurrently with sentences imposed in Cr. Nos. 96-223 and 98-433 and the sentence imposed in defendant's federal case.

I hereby certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, Third Circuit Court, State of Hawai`i

The Motion for Revocation of Probation and Resentencing having come on for hearing on the date indicated and the court being fully advised in the premises;

The Court finds:

that Defendant has inexcusably failed to comply with a substantial requirement of the Judgment setting forth the terms and conditions of probation;

IT IS HEREBY ORDERED that the Motion for Revocation of Probation and Resentencing be granted; and

THE JUDGMENT AND SENTENCE of the court is as stated herein.

| DATE<br>MAR __ 2004<br>nunc pro tunc to<br>March 12, 2004 | JUDGE<br>TERENCE T. YOSHIOKA<br>SIGNATURE _____ | FILED<br>2004 MAR 15 PM 3:57<br>L. TAKETA, CLERK<br>THIRD CIRCUIT COURT |
|---|---|---|
| | NOTICE OF ENTRY | |
| THIS ORDER HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL PARTIES | | |
| DATE MAR __ 2004 | CLERK<br>Linda Mende | |

[ ] ORIGINAL FILE  [X] DPA  [X] DEFENSE  [X] PROBATION  [X] POLICE  [X] PUBLIC SAFETY

LANFORM067        Order of Resentencing; Revocation of Probation