EXH

# EXHIBIT C

**ALIKA THOENE**
Attorney At Law
70 Kapaka Street
Hilo, Hawaii 96720

Telephone (808) 981-0055
Toll Free No. (888) 751-7677
Facsimile (808) 959-9362

---

January 20, 2004

Mr. William Domingo
Federal Public Defender
Office of Federal Public Defender
300 Ala Moana Blvd., Suite 7104
Honolulu, Hawaii 96850

Re:   IGNACIO JOSEPH ANDRES; CR. NOS. 96-223, 96-356, 98-433

Subject:   Next Hearing in the Third Circuit Court, March 12, 2004 at 11:00 a.m.

Dear Mr. Domingo,

I tried to negotiate with the prosecutors for a release of Mr. Ignacio's state sentence and or sentence to time served and the offer was rejected.

The State through Mitchell Roth, has offered to sentence Mr. Ignacio to a concurrent state term to his federal term. Mr. Ignacio is facing re-sentencing on his state cases to five years in CR No. 96-223 accomplice to Hindering Prosecution in the first degree, and a ten year term for CR. No. 96-356 for Promoting a dangerous drug in the second degree. He is subject to a five year term in CR. No. 98-433 for promoting a dangerous drug in the third degree.

It is our hope all sentences will run concurrent and concurrent to his federal sentence. According to Mr. Roth, he spoke to Marshall Silverberg and they agreed that Mr. Andres can get concurrent time with the federal sentence and Mr. Andres is facing sentencing of three years minimum to 63 months. Just for the record on his state sentence, he has already served two one year sentences and has been incarcerated since his arrest on August 6, 2002, so he will get credit for time already served.

Please discuss this with Mr. Andres. His sentencing is set for March 12, 2004 at 11:00 a.m. in the Third Circuit Court before Judge Yoshioka. I need to know as soon as possible, if Mr. Andres demands to appear in person or is willing to appear by video conference call from

Honolulu. This information is needed to see if the court needs to file a writ to bring him back.

Very truly yours,

Alika Thoene
Attorney for Mr. Andres

cc-Harry Eliason, Esq.
  -client

Alika Thoene #7034
Attorney at Law
70 Kapaka Street
Hilo, Hawaii 96720

Mr. Ignacio Joseph Andres - #89159-022
c/o FDC-Honolulu
351 Elliott Street
Honolulu, Hawaii 96819