EXHIBIT D

```
  SHEWM  540*23 *              SENTENCE MONITORING          *    03-07-2007
PAGE 002 OF 002 *             COMPUTATION DATA             *    11:12:14
                               AS OF 03-07-2007

REGNO..: 89159-022 NAME: ANDRES, JOSEPH IGNACIO


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-22-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-22-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-07-2005
TOTAL TERM IN EFFECT............:    65 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS       5 MONTHS
EARLIEST DATE OF OFFENSE........: 08-04-2002

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 208
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 05-12-2010
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-06-2010


PROJECTED SATISFACTION DATE.....: 05-12-2010
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: INMATE PAROLED FROM STATE SENTENCE ON 07-07-2005.
                COMP UPDATED 1-22-2007, TO UPDATE DHO SANCTIONS (GLS/O)




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
SHEWM  540*23  *            SENTENCE MONITORING            *   03-07-2007
PAGE 001         *            COMPUTATION DATA              *   11:12:14
                                 AS OF 03-07-2007
```

REGNO..: 89159-022 NAME: ANDRES, JOSEPH IGNACIO


FBI NO..........: 391109KA0              DATE OF BIRTH: 08-24-1967
ARS1............: SHE/A-DES
UNIT............: UNIT 2                  QUARTERS.....: Z01-105LAD
DETAINERS.......: NO                      NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 11-17-2009

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-12-2010 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------
COURT OF JURISDICTION...........: HAWAII
DOCKET NUMBER...................: 1:02CR00548-001
JUDGE...........................: MOLLWAY
DATE SENTENCED/PROBATION IMPOSED: 03-08-2004
DATE COMMITTED..................: 09-15-2005
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $100.00        $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

---------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  136
OFF/CHG: 18 USC 922(G)(1) AND 924(A)(2) FELON IN POSSESSION OF A F/A

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    65 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 08-04-2002




G0002       MORE PAGES TO FOLLOW . . .
```