# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 05-00110-WS |
| JAMES ARTHUR DELAUGHTER | : |

### ORDER

This cause is before the Court on Defendant's Motion for Clarification of Sentence (Doc. 62). Upon consideration of all matters presented, Defendant's motion for clarification is GRANTED.

To the extent that there may be uncertainty as to the Court's intent at sentencing regarding jail credit to be afforded Defendant, the Court Orders as follows. It was and remains the Court's intent for the Bureau of Prisons to issue credit for time served by Defendant back to the date of arrest (September 23, 2004), on the grounds that, pursuant to U.S.S.G. § 5G1.3(b)(1), Defendant is due credit for time spent in custody on a charge that was considered relevant conduct to the instant offense and resulted in an enhancement under Chapter 2 of the Guidelines.

**DONE** and **ORDERED** this 7th day of January, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE