# CERTIFICATE OF SERVICE

It is hereby certified that on September 8 2008, the foregoing motion seeking clarification of sentence was mailed to the Clerk of Courts for the District Court of Hawaii. This motion was sent first class mail, postage-paid, through the prison mail system at FCI Marianna, in Marianna, Florida. It is thereby deemed filed on this date pursuant to the Supreme Court's holding in Houston v. Lack, 487 U.S. 266, 275-76 (1988)

Signed,

*[signature]*

Joseph Ignacio Andres
Defendant, pro se.

Joseph Ignacio Andres #89159-022
Federal Correctional Institution
P.O. Box 7007
Marianna, Florida 32447-7007