JOSEPH IGNACIO ANDRES #89159-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447

UNITED STATES CLERK OF COURTS
PRINCE KUHIO FEDERAL BLDG.
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII
96850-0409

RECEIVED
SEP 12 2008
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII




FEDERAL CORRECTIONAL INST.
3625 FCI ROAD, MARIANNA, FL 32446
DATE
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED
SEP - 8 2008
BY: